FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2021-6793

JAMES WILSON

**VERSUS**

GERALD PORTZER and AMTRUST NORTH AMERICA, INC.

DIVISION E-7

FILED: _____     _____
                                    DEPUTY CLERK

---

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **James Wilson** (hereinafter referred to as "Petitioner"), a person of the full age of majority and resident of the Parish of Lafourche, State of Louisiana, who respectfully avers that:

**I.**

Made defendants herein are:

A) **Gerald Portzer** (simply hereinafter referred to as "Defendant") a person of the full age of majority and a resident of the State of Alabama; and

B) **AmTrust North America, Inc.** (simply herein after referred to as "AmTrust") a foreign insurance company authorized to do and doing business in the State of Louisiana who at all relevant times mentioned herein had a liability policy insuring the Defendant, **Gerald Portzer.**

**II.**

Petitioner avers that venue is proper in Orleans Parish pursuant to Louisiana Code of Civil Procedure Article 74 because an action for the recovery of damages for an offense may be brought in the Parish where the wrongful conduct occurred or where the damages were sustained, and at all relevant times herein, the wrongful conduct occurred in the Parish of Orleans.

**III.**

On or about May 20, 2021, Petitioner, **James Wilson** was safely operating a 2007 Buick, was traveling North on Earhart Blvd in the left turn lane in anticipation of making a left turn onto South Claiborne, in the Parish of Orleans, State of Louisiana.

**EXHIBIT A**

IV.

Suddenly and without warning, a 2020 Volvo TT, driven by **Gerald Portzer**, which was also traveling Northbound on Earhart Blvd, while in the process of making a left turn from the middle lane, onto South Claiborne, struck the front passenger side of Petitioner's vehicle.

V.

As a result of the above described accident, Petitioner suffered severe and debilitating injuries.

VI.

Petitioner avers that **Gerald Portzer** is liable for his own negligence under Article 2315 of the Louisiana Civil Code and things in her care, custody, and control, namely the 2020 Volvo TT, under Article 2317 of the Louisiana Civil Code.

VII.

Petitioner avers that at all material times herein, **AmTrust** had in full force and effect a policy of liability insurance insuring the 2020 Volvo TT driven by the Defendant, and as such, the liability of Defendant is imputed and imputable to **AmTrust** by virtue of the terms and conditions of said policy.

IX.

Petitioner avers that the accident was caused solely and proximately by the negligence of **Gerald Portzer** in the following, non-exclusive particulars:

    a.    Failing to maintain control of his vehicle;

    b.    Driving in a careless and reckless manner;

    c.    Failing to keep a proper lookout;

    d.    Failing to see what should have been seen;

    e.    Making a left turn from the middle lane; and

    f.    Any and all other acts of negligence, which will be shown at the trial of this matter.

X.

Petitioner avers that as a result of the accident made subject of this litigation, he sustained the following non-exclusive damages to-wit:

    t    Past, present and future pain and suffering;

    b.    Past, present and future medical expenses;

c.  Past, present, and future property damage;

d.  Past, present and future lost wages; and

e.  Any and all other damages which may be proven at the trial of this matter.

**X.**

At the trial of this matter, it shall be necessary to call upon expert witnesses to give testimony, and the cost of these experts should be taxed as costs of Court and paid by the Defendants.

**XI.**

Petitioners aver amicable demand, to no avail. **James Wilson**, prays that this Petition be filed and that Defendants, **Gerald Portzer and AmTrust North America, Inc.** be duly cited and served with a copy of same, to appear and answer same and after due proceedings had, there be judgment herein in favor of Petitioner, **James Wilson**, and against Defendants, **Gerald Portzer and AmTrust North America, Inc.**, jointly, severally or *in solido* in an amount reasonably calculated to compensate Petitioner for her damages, together with legal interest thereon, from date of judicial demand until paid, and all costs of the proceedings and all general and equitable relief.

Respectfully submitted,

COSSÉ LAW FIRM, LLC

*[signature]*

JAKE J. WEINSTOCK #37352
IRVY E. COSSÉ, III #23694
1515 Poydras Street, Suite 1825
New Orleans, Louisiana 70112
Telephone:  (504) 588-9500
Facsimile:  (504) 588-2114
*Attorneys for James Wilson*

**PLEASE SERVE:**

**AmTrust North America, Inc.**
Through its registered agent:
**Commissioner of Insurance**
1702 North Third Street
Baton Rouge, LA 70802

**PLEASE SERVE VIA THE LONG-ARM STATUTE:**

**Gerald Portzer**
308 Bird Farm Road
Jasper, AL 35503

A TRUE COPY
*[signature]*
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA